UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
RIDEAPP, INC.                                    :
                                                 :
       Plaintiff,                               :
                                                 :
             -v-                              :      Case No. 18-cv-6625-LGS
                                                 :
LYFT, INC. and MOTIVATE,                         :
INTERNATIONAL INC.,                              :      **JURY TRIAL DEMANDED**
                                                 :
       Defendants.                              :
------------------------------------------------------ X

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## OF MOTIVATE INTERNATIONAL INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff RideApp, Inc. voluntarily dismisses Defendant Motivate International Inc. ("Motivate") without prejudice. Defendant Motivate has not filed an answer or moved for summary judgment in this case.

*(Signatures On Following Page)*

Respectfully submitted,

Dated:  October 4, 2018         */s/ Jeffrey J. Toney*
                                Marc E. Kasowitz
                                mkasowitz@kasowitz.com
                                Daniel R. Benson
                                dbenson@kasowitz.com
                                Stephen W. Tountas
                                stountas@kasowitz.com

                                KASOWITZ BENSON TORRES LLP
                                1633 Broadway
                                New York, New York 10019
                                Tel. (212) 506-1700
                                Fax. (212) 506-1800

                                Jeffrey J. Toney (*pro hac vice*)
                                jtoney@kasowitz.com
                                Ralph E. Gaskins (*pro hac vice*)
                                rgaskins@kasowitz.com
                                Paul G. Williams (*pro hac vice*)
                                pwilliams@kasowitz.com

                                KASOWITZ BENSON TORRES LLP
                                1349 W. Peachtree Street, N.W., Suite 1500
                                Atlanta, Georgia 30309
                                Tel. (404) 260-6080
                                Fax. (404) 260-6081

                                *Attorneys for Plaintiff RideApp, Inc.*