IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIDEAPP, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>LYFT, INC.<br><br>        Defendant. | Case No. 1:18-CV-06625-LGS |

**NOTICE OF DEFENDANT LYFT, INC.'S MOTION TO TRANSFER
VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT
TO 28 U.S.C. § 1404(a)**

Defendant Lyft, Inc. hereby moves for an order transferring this action pursuant to 28 U.S.C. § 1404(a) to the Northern District of California in the form of the accompanying Proposed Order. The grounds supporting this motion are set forth in the accompanying Memorandum of Law and the Declaration of Jatin Chopra.

Dated: September 28, 2018            */s/ Jennifer C. Tempesta*

                        Jennifer C. Tempesta
                        BAKER BOTTS L.L.P.
                        30 Rockefeller Plaza
                        New York, NY 10112
                        Phone: (212) 408-2500
                        Fax: (212) 408-2501

- 1 -

Jeremy J. Taylor (*pro hac vice pending*)
BAKER BOTTS L.L.P.
101 California Street
Suite 3600
San Francisco, California 94111
Phone: (415) 291-6200
Fax: (415) 291-6300

Bryant C. Boren, Jr. (*pro hac vice pending*)
Elizabeth K. Boggs (*pro hac vice pending*)
H. Christopher Han (*pro hac vice pending*)
Keith M. Jurek (*pro hac vice pending*)
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Phone: (650) 739-7500
Fax: (650) 739-7699

*Attorneys for Defendant Lyft, Inc.*