UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RIDEAPP, INC.
                              Plaintiff,

            -against-

LYFT, INC.
                              Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2018

18 Civ. 6625 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on November 15, 2018. For the reasons stated in the conference, it is hereby

**ORDERED** that Defendants' motion to transfer the case to the Northern District of California pursuant to 28 U.S.C. § 1404(a) is **GRANTED**.

The Clerk of Court is respectfully directed to transfer this case to the Northern District of California and to close the motion at Docket No. 36.

Dated: November 16, 2018
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE